UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 20CR1366-JLS |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING DATE |
| YESENIA HUERTA, | |
| Defendant. | |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting set for April 23, 2021 be continued to June 4, 2021 at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date by May 7, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED**.

Dated: April 20, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge