UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>YESENIA HUERTA,<br><br>　　　　　　Defendant. | CASE NO.: 20CR1366-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING DATE |

　　　Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting set for August 13, 2021 be continued to September 24, 2021 at 1:30 p.m. The Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. §3161(h)(1)(D).

　　　**IT IS SO ORDERED**.

Dated: August 6, 2021

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge