UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>YESENIA HUERTA,<br><br><br>    Defendant. | CASE NO.: 20CR1366-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING |

  Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently set for January 28, 2022 at 1:30 p.m. be continued to March 4, 2022 at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date by February 4, 2022.

  For the reasons set forth in the joint motion, **IT IS FURTHER ORDERED THAT** time is excluded under the Speedy Trial Act, in the interests of justice.

  **SO ORDERED**.

Dated: January 26, 2022

                *Janis L. Sammartino*
                Hon. Janis L. Sammartino
                United States District Judge