Case 3:20-cr-01366-JLS Document 66 Filed 04/25/22 PageID.117 Page 1 of 1

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern **District of** California

United States

Plaintiff(s),

V.

Yesenia Huerta

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 20CR01366-JLS

Notice is hereby given that, subject to approval by the court, __Yesenia Huerta__ substitutes
(Party(s) Name)

__Gregory Garrison__, State Bar No. __238981__ as counsel of record in
(Name of New Attorney)

place of __Zainab Khan__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Office of Gregory Garrison
Address: 402 W Broadway, Suite 400  San Diego, CA 92101
Telephone: 619-615-4216    Facsimile 619-595-3150
E-Mail (Optional): greg@garrisoncriminaldefense.com

I consent to the above substitution.
Date: 04/21/2022                              /s/ Y. Huerta
                                              (Signature of Party(s))

I consent to being substituted.
Date: 4/21/22                                 /s/ Zainab Khan
                                              (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 04-21-2022                              /s/ Gregory Garrison
                                              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 04/25/2022                              /s/ Janis L. Sammartino
                                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]