IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>    v.<br><br>YESENIA HUERTA,<br><br>                                  Defendant. | CASE NO.: 20CR1366-JLS |

## ORDER

      Having reviewed the joint motion for continuance, the motion is hereby **GRANTED**. For the reasons set forth in Defendant's motion, the Court FINDS that the ends of justice served by granting the requested continuance outweigh the best interest of the public and Defendant in a speedy trial. Specifically, the Court FINDS that Defendant requires additional time to review the evidence in the case. Therefore, the Court ORDERS that time is excluded under 18 U.S.C. § 3161(h)(7)(A) until the next hearing. The motion hearing/trial setting previously scheduled for May 13, 2022, is hereby rescheduled for June 24, 2022 at 1:30 p.m. Defendant shall file an acknowledgment of the new hearing date within one week of this order.

      **SO ORDERED.**

Dated: May 10, 2022

                                                  Hon. Janis L. Sammartino<br>                                                United States District Judge